AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br>SANDRA MUNIZ-BADILLO<br><br>*Defendant(s)* | Case No. A-10-M-879 |

FILED
2010 NOV 15 PM 4: 10
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 2, 2010__ in the county of __TRAVIS__ in the __WESTERN__ District of __TEXAS__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 42 USC Section 408(a)(7)(B) | Social Security Number Misuse |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

ANTONIO PUENTE, SPECIAL AGENT
Printed name and title

Sworn to before me and signed in my presence.

Date: 11/15/10

City and state: Austin, TX

_____
Judge's signature
ROBERT PITMAN
U.S. MAGISTRATE JUDGE
Printed name and title

AFFIDAVIT

I, Antonio Puente, having been duly sworn, do hereby state and depose as follows:

1. I am employed as a Special Agent (SA) with the Office of the Inspector General, Office of Investigations, Social Security Administration in San Antonio, Texas. I have been so employed since 2002. In connection with my official duties, I investigate criminal violations of Title 42 of the United States Code involving fraud, waste and abuse of Social Security programs. I also investigate employee misconduct within the Social Security Administration and violations of identity theft statutes under Title 18 of the United States Code. I have received specialized training in the enforcement of these statutes. I have also testified in judicial proceedings and presented for prosecution violations of the above Titles.

2. Based on information provided in this affidavit, I believe there is probable cause to support a finding that Sandra Muniz-Badillo (hereafter referred to as MUNIZ-BADILLO) has violated the provisions of Title 42, United States Code, Section 408(a)(7)(B). Except as explicitly set forth below, I have not, in this affidavit, distinguished between the facts of which I have personal knowledge and facts as to which I have hearsay knowledge. I have not set forth each and every fact learned during the course of this investigation, but simply those facts which I believe are necessary to establish probable cause for issuance of an arrest warrant.

3. On October 27, 2010, during the course of an investigation conducted by the Pflugerville Police Department (PPD), PPD Assistant Chief Jim Mclean informed me that the PPD identified approximately twenty-eight individuals who had obtained employment at the Pflugerville Nursing Home and Rehab Center (PNHRC) located in Pflugerville, TX within the Western District of Texas; using false or fictitious documents including Social Security Cards and Resident Alien Cards. PPD Assistant Chief Mclean further informed that MUNIZ-BADILLO was one of the twenty-eight individuals that had obtained employment with the PNHRC. I was provided copies of the documents MUNIZ-BADILLO provided when applying for employment. A review of these documents revealed that as a part of the application process, MUNIZ-BADILLO provided two forms of identification including a Social Security Card (XXX-XX-7614) and Texas Department of Public Safety Driver License (23112615).

4. On November 11, 2010, I also received Department of Homeland Security U.S. Citizenship and Immigration Services Employment Eligibility Verification (Form I-9) and Department of the Treasury Internal Revenue Service Employee's Withholding Allowance Certificate (Form W-4); both documents were completed, signed, and dated by MUNIZ-BADILLO on April 2, 2010. A review of these documents revealed that MUNIZ-BADILLO provided the same SSN (XXX-XX-7614) on both these forms, claiming that the Commissioner of the Social Security Administration issued the SSN to her. Further review of the documents revealed that the PNHRC made a photocopy of the Social Security Card MUNIZ-

BADILLO provided with the name Sandra MUNIZ-BADILLO and SSAN XXX-XX-7614 as evidence that the SSAN was issued to her. Upon further review of this photocopy it appears that, the Social Security Card is a fictitious or counterfeit Social Security Card.

5. On November 12, 2010, I conducted Social Security Administration systems searches for the above referenced SSAN. I discovered that the SSAN was a valid SSAN issued by the Commissioner of the Social Security Administration but the SSAN was not issued to MUNIZ-BADILLO . The systems searches further revealed that the SSAN was originally by issued on May 29, 2002, to an individual named A. Fernandez.

6. MUNIZ-BADILLO fraudulently used SSN XXX-XX-77614 by providing false information on Department of Homeland Security U.S. Citizenship and Immigration Services Employment Eligibility Verification (Form I-9) and Department of the Treasury Internal Revenue Service Employee's Withholding Allowance Certificate (Form W-4) while completing an application for employment with the Pflugerville Nursing Home and Rehab Center.

7. On April 2, 2010, MUNIZ-BADILLO did willfully, knowingly and with intent to deceive, falsely represent a number to be the social security account number assigned by the Commissioner of Social Security to her, when in fact such number is not the social security account number assigned by the Commissioner of Social Security to her, in violation of Title 42, United States Code, Section 408(a)(7)(B).

8. Based on the forgoing, I submit that sufficient probable cause exists to believe that Sandra MUNIZ-BADILLO has violated the provisions of Title 42, United States Code, Section 408(a)(7)(B.

_____
Antonio Puente
Special Agent
Social Security Administration
Office of the Inspector General
Office of Investigations


Sworn to before me and subscribed in my presence,

_____
U.S. Magistrate Judge